UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EARL JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-3882** |
| **JEFFERY TRAVIS, WARDEN** | **SECTION "I"(1)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Earl Johnson, which is hereby **OVERRULED**, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Earl Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this ____9th____ day of February, 2009.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE